UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY RANDAZZO

VERSUS

N. BURL CAIN

CIVIL ACTION

NO. 14-732-JJB-RLB

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 22, 2016 (doc. no. 3) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's Motion for Extension of Time (doc. no. 2) is DISMISSED *sua sponte* for want of jurisdiction. Further, in the event that the petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Baton Rouge, Louisiana, this 17th day of May, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA